Nebraska Supreme Court Online Library
www.nebraska.gov/apps-courts-epub/
05/22/2020 01:08 AM CDT

NEBRASKA SUPREME COURT ADVANCE SHEETS
305 NEBRASKA REPORTS
REVEIZ v. EL-KASABY
Cite as 305 Neb. 440

ELENA REVEIZ, APPELLANT, V.
BASSEL EL-KASABY, APPELLEE.
___ N.W.2d ___

Filed April 3, 2020.    No. S-19-278.

Appeal from the District Court for Douglas County: J RUSSELL DERR, Judge. Affirmed.

Denise E. Frost, of Johnson & Mock, P.C., L.L.O., for appellant.

Cathy S. Trent-Vilim, and, on brief, Stacy L. Morris and Kate Geyer Johnson, of Lamson, Dugan & Murray, L.L.P., for appellee.

HEAVICAN, C.J., MILLER-LERMAN, CASSEL, STACY, FUNKE, and FREUDENBERG, JJ.

PER CURIAM.
The February 19, 2019, order of the Douglas County District Court is affirmed by an equally divided court.

AFFIRMED.

PAPIK, J., not participating.